UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDA KALDOR,<br><br>               Plaintiff,<br><br>v.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA AND FRESENIUS MEDICAL CARE NORTH AMERICA GROUP INSURANCE PLAN,<br><br>               Defendants. | Case No. 3:22-cv-00086-GPC-KSC<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS DEFENDANT FRESENIUS MEDICAL CARE NORTH AMERICA GROUP INSURANCE PLAN FROM ACTION WITHOUT PREJUDICE AND DEFERRING MOTION TO APPLY** ***DE NOVO*** **STANDARD OF REVIEW**<br><br>**[ECF No. 7]** |

/ /

/ /

/ /

/ /

/ /

/ /

/ /

/ /

/ /

Before the Court is the Parties' Joint Motion to Dismiss Defendant Fresenius Medical Care North America Group Insurance Plan and to Apply a *de novo* Standard of Review. ECF No. 7.

GOOD CAUSE appearing, IT IS ORDERED that Defendant Fresenius Medical Care North America Group Insurance Plan is dismissed from this action, without prejudice.

The Court notes for the record that the Parties "agree that this case is governed by the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. Section 1001, *et. seq.*" ECF No. 7 at 2. The Court DEFERS a ruling on the standard of review that it will apply in future proceedings.

**IT IS SO ORDERED.**

Dated: March 4, 2022

Hon. Gonzalo P. Curiel
United States District Judge