Corinne Chandler - State Bar No. 111423
 Email: cchandler@kantorlaw.net
Glenn R. Kantor - State Bar No. 122643
 Email: gkantor@kantorlaw.net
KANTOR & KANTOR, LLP
19839 Nordhoff Street
Northridge, California 91324
Telephone: (818) 886-2525
Facsimile:  (818) 350-6272

Attorneys for Plaintiff,
SANDA KALDOR

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDA KALDOR,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA AND FRESENIUS MEDICAL CARE NORTH AMERICA GROUP INSURANCE PLAN,<br><br>　　　　Defendant. | Case No. 3:22-cv-00086-GPC-KSC<br><br>**JOINT MOTION FOR SIXTY (60) DAY CONTINUANCE OF EARLY NEUTRAL EVALUATION CONFERENCE PENDING TENTATIVE SETTLEMENT**<br><br>**Current ENE Date:  June 7, 2022**<br><br>**Time: 2:00 p.m.** |

　　　Plaintiff Sanda Kaldor ("Plaintiff" or "Kaldor") and Defendant Life Insurance Company of North America ("LINA"), by and through their respective counsel of record, hereby agree and jointly move that the Early Neutral Evaluation Conference ("ENE") currently scheduled for June 7, 2022 at 2:00 p.m. be continued for sixty (60) days for the following reasons:

　　　This matter was initially scheduled for an ENE on May 4, 2022. Dkt. #11. The parties agreed to engage in private mediation and as a result requested and received a continuance of the ENE to June 7, 2022. Dkt. #13.

1  The parties participated in a private mediation with Arnie Levinson, Esq. on May 6, 2022. At that time, the parties reached a tentative settlement. However, the settlement may have ramifications which may cause future loss to Plaintiff. Plaintiff has been in contact with a government agency to determine her rights and obligations and is awaiting further information which will inform her as to how she should proceed.

As a result of the foregoing, the parties request a continuance of additional sixty (60) days, or until August 9, 2022, to complete their settlement. At the end of said period, Plaintiff will know whether she can finalize the settlement. The parties request the Court to set a new date for a ENE after August 9, 2022.

Respectfully submitted,

DATED: May 26, 2022      KANTOR & KANTOR, LLP

By: *s/ Corinne Chandler*
CORINNE CHANDLER
GLENN R. KANTOR
Attorneys for Plaintiff Sanda Kaldor
E-mail: cchandler@kantorlaw.net
E-mail: gkantor@kantorlaw.net

DATED: May 26, 2022      BURKE, WILLIAMS & SORENSEN, LLP

By: *s/ Daniel W. Maguire*
DANIEL W. MAGUIRE
Attorneys for Defendant
Life Insurance Company of North America
E-mail: dmaguire@bwslaw.com

KANTOR & KANTOR LLP
19839 Nordhoff Street
Northridge, California 91324
(818) 886 2525

2
JOINT MOTION TO CONTINUE ENE CONFERENCE

**SIGNATURE CERTIFICATION**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Daniel Maguire, counsel for Defendant and that I have obtained Mr. Maguire's authorization to affix his electronic signature to this document.

By: *s/ Corinne Chandler*
CORINNE CHANDLER
Attorneys for Plaintiff Sanda Kaldor
E-mail: cchandler@kantorlaw.net

# CERTIFICATE OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action; my business address is 19839 Nordhoff Street, Northridge, CA 91324.

On May 26, 2022, I served the following document described as **JOINT MOTION FOR SIXTY (60) DAY CONTINUANCE OF EARLY NEUTRAL EVALUATION CONFERENCE PENDING TENTATIVE SETTLEMENT** on the interested parties in this action as follows:

Daniel W. Maguire
E-mail: dmaguire@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
Los Angeles, CA 90071-2953

**BY ELECTRONIC SERVICE** of the document via Portable Document Format (pdf), by uploading such documents using the court's CM/ECF system case filing which automatically generates Notice of Electronic Filing or NEF which allows recipients to retrieve the document automatically.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the above is true and correct.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on May 26, 2022, at Woodland Hills, California.

*Mildred Schwam*
Mildred Schwam